DOC NO
REC'D/FILED

AFFIDAVIT

2013 JUN 11 PM 3: 12

STATE OF WISCONSIN )
) ss
COUNTY OF DANE )

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

I, Mindy Winter, having been duly sworn, depose and state as follows:

1. I am currently employed as a detective for the Madison Police Department (MPD), Madison, Wisconsin. I have been in law enforcement with MPD for more than nine years and have been a detective since October 2011. I have received specialized training in the investigation of sexual assaults and crimes against children from numerous state and national experts.

2. I have been participating in the investigation of Brian Stowe. Most of the information contained in this affidavit is either based on my own personal knowledge or was provided to me by other law enforcement officers during the course of their official duties, and as such, I believe it to be reliable. Some of the information was provided by Known Victim (KV) #1. I believe she is reliable in that she was reporting a crime in which she was the victim.

3. On October 13, 2012, KV #1 reported she was sexually assaulted earlier that morning. She reported leaving a friend's home in the early morning hours of October 13 and getting into a cab. A male passenger was already in the cab when KV #1 got in. The cab driver was supposed to take KV #1 home, but when they got to the male passenger's stop, the male asked her to get out with him. She eventually agreed. Through the cab driver and the building's door security records, officers were able to identify the male as Brian Stowe and his address as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The

building manager identified his apartment as #709. I am aware of KV #1's identity and date of birth and know that she was under the age of 18 on October 13, 2012.

4.  When she reported the sexual assault to police, KV #1 reported that once in the apartment, Stowe gave her a glass of water. Shortly after drinking it, she fell asleep. Stowe told her that a roommate would be home later but she was not aware of anyone else coming to the apartment.

5.  KV #1 woke up several times during the early morning hours. On one of the occasions, she woke up to lights flashing on her face which led her to believe Stowe was taking pictures of her. The last time she woke up was approximately 6 a.m. At that time, she did not see anyone and left the apartment.

6.  On November 28, 2012, MPD officers and detectives executed a search warrant at Stowe's residence, ███████████████, in Madison, Wisconsin. Numerous items were collected, including a Canon Powershot digital camera, a memory stick, an external hard drive, four flash drives, and three laptop computers. The Canon camera was made in Japan.

7.  MPD Investigator Justin Adsit performed a forensic examination of the items found in Stowe's residence. On May 1, 2013, he examined a forensic image of an ASUS laptop that was taken from the residence. On it, he found images and videos of KV #1. Data from the images and videos indicate they were originally created with a Canon Powershot camera on October 13, 2012 between 3:15 a.m. and 5:08 a.m..

8.  I have personally reviewed the images and movies of KV#1 that were

2

found on the ASUS laptop. In one of the pictures, KV's legs are spread, showing her vagina. An adult male penis is visible in the picture. Several of the pictures are close ups of KV #1's vagina. There is also a close up video of a hand opening KV #1's vagina and touching it. Another video shows the camera operator straddling KV #1's chest and masturbating. He then ejaculates on the victim's face.

Dated this 11th day of June 2013.

_____ 3696
MINDY WINTER, Detective
Madison Police Department

Sworn to before me this 11th day of June 2013.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

3