IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 13 CR 77 |
| BRIAN C. STOWE, | 18 U.S.C. § 2251(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 13, 2012, in the Western District of Wisconsin, the defendant,

BRIAN C. STOWE,

knowingly and intentionally used a minor, "Known Victim (KV) #1" to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate commerce, specifically, STOWE used a Canon Powershot camera to produce a visual depiction of "KV #1" engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## FORFEITURE ALLEGATION

As a result of the offenses charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2251(a), pursuant to Title 18, United States Code, Section 2253, the defendant,

BRIAN C. STOWE,

shall forfeit to the United States his right, title and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, seized from the defendant's residence; and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as a Canon Powershot ELPH bearing serial number 232030005983, a SD memory card bearing the numbers SD-MO1G and 0637 SM2320 U, and an ASUS solid state hard drive, bearing serial number 114548304025.

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 6/26/2013

2