

U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

July 9, 2013

Attorney Dennis P. Coffey
Mawicke & Goisman SC
1509 N. Prospect Avenue
Milwaukee WI 53202-2323

    Re:    *United States v. Brian Stowe*
            Case No. 13-cr-00077-bbc

Dear Attorney Coffey:

    Government discovery pages bates stamped 1 – 677 in the above-captioned case are contained on the enclosed CD. In addition, discovery items 678 – 680 are copies of discs containing audio files. If you have any questions, please call me at (608) 264-5158.

    Very truly yours,

    JOHN W. VAUDREUIL
    United States Attorney

    By:    /s/
    ELIZABETH ALTMAN
    Assistant United States Attorney

EA/sam

Enclosures

ecf:    Magistrate Judge Stephen L. Crocker
       (without enclosures)